Submitted April 15, 1977. Charles F. Haley, Assistant Public Defender, for appellant; David L. Cook and Robert F. Hawk, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 600

Commonwealth v. Molewski, Appellant.

Submitted September 13, 1976. Malcolm M. Limongelli, First Assistant Public Defender, for appellant; Thomas J. Glenn, Jr., Assistant District Attorney, and Patrick J. Toole, Jr., District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 600

Commonwealth v. Moore, Appellant.

Submitted September 13, 1976. Barton A. Haines, for appellant; John M. DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent.

379 A.2d 600

Commonwealth v. Moore, Appellant.

Submitted September 13, 1976. John W. Packel, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Deborah E. Glass, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 601

Commonwealth v. Morrissey, Appellant.

Submitted June